IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § § | SA-21-CV-00682-JKP |
| vs. | § § | |
| $530,458.44 MORE OR LESS IN UNITED STATES CURRENCY, | § § § § | |
| *Defendant.* | § | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice [#12] filed by Robert J. Haupt on behalf of Reid K. Day, requesting the Court grant Mr. Day admission to the Western District of Texas *pro hac vice* to represent Massman Automation Designs, LLC in this case. Mr. Day is a member in good standing of the bar of the States of Missouri and Kansas and is licensed to practice before the United States District Courts of Western and Eastern Missouri. According to the motion, this is Mr. Day's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to **one** case or, in some cases, as long as a licensed Western District of Texas attorney is involved in the case. After due consideration, the Court is of the opinion the motion should be granted such that Mr. Day may appear in this case *pro hac vice.* Accordingly,

1

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#12] is **GRANTED** such that Reid K. Day may appear *pro hac vice* in this case.

**IT IS FURTHER ORDERED** that Mr. Day become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas or this Court's website.

**IT IS FURTHER ORDERED** that Mr. Day immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if he has not already done so.

**IT IS FINALLY ORDERED** that Mr. Day, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Day's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

**IT IS SO ORDERED.**

SIGNED this 16th day of September, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE